No. 399. NATIONAL PRESSURE COOKER CO. *v.* ALUMINUM GOODS MANUFACTURING CO. Certiorari denied. *George I. Haight* for petitioner. *Charles L. Byron* and *Howard W. Hodgkins* for respondent.

No. 401. BOMAR *v.* KEYES ET AL. Certiorari denied. Petitioner *pro se.* *W. Bernard Richland* for respondents.

No. 425. GISHWILLER ET AL. *v.* CONNOLLY, RECEIVER. Certiorari denied. *Otis F. Glenn* and *Raymond G. Real* for petitioners.

No. 417. DISTRICT OF COLUMBIA *v.* BECKHAM ET AL. Certiorari denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Vernon E. West, Chester H. Gray, George C. Updegraff* and *Harry L. Walker* for petitioner. *Leslie C. Garnett* and *Samuel F. Beach* for respondents.

No. 140, Misc. RICE *v.* HUDSPETH, WARDEN. Certiorari denied.

No. 151, Misc. BAILEY *v.* McMULLEN, WARDEN. Certiorari denied.

No. 162, Misc. PATTON *v.* BALDWIN LOCOMOTIVE WORKS. Certiorari denied.